# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1768
_____

United States of America

*Plaintiff - Appellee*

v.

Jervonz L. Williams

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 21, 2013
Filed: November 29, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jervonz Williams appeals the sentence imposed by the district court[1] after he pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. §§

_____

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

922(g)(1) and 924(a)(2), and the court determined that he qualified as an armed career criminal under 18 U.S.C. § 924(e). On appeal, Williams's counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), suggesting that the sentence is substantively unreasonable.

Upon careful review, we conclude that Williams's within-Guidelines-range sentence is not substantively unreasonable, as nothing in the record indicates that the court failed to consider a relevant factor that should have received significant weight, gave significant weight to an improper or irrelevant factor, or considered only appropriate factors but in weighing those factors committed a clear error of judgment. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (if sentence is within Guidelines range, appellate court may apply presumption of reasonableness); <u>see also</u> <u>United States v. Gant</u>, 721 F.3d 505, 511 (8th Cir. 2013) (on substantive review, district court abuses its discretion when it fails to consider relevant factor that should have received significant weight, gives significant weight to improper or irrelevant factor, or considers only appropriate factors but in weighing those factors commits clear error of judgment).

Having independently reviewed the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. We therefore affirm the judgment of the district court and grant counsel's motion to withdraw, subject to counsel informing Williams about procedures for seeking rehearing or filing a petition for certiorari.

_____